# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MITAVION WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:21-cv-3015-AT-CCB |
| | ) | |
| VICTOR HILL | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION TO FILE AN AMENDMENT UNDER F.R.C.P. 15(a) AND 21 BY ADDING A NEW PARTY AND CLAIM

Comes now Plaintiff and moves to amend his complaint under F.R.C.P. 15(a) and 21. A brief and proposed amendment are attached.

Respectfully submitted,

Goldberg & Cuvillier, P.C.　　　　　/s/ Ralph Goldberg
3469 Lawrenceville Hwy., Ste. 102　　Ralph Goldberg
Tucker, GA 30084　　　　　　　　　Georgia Bar No. 299475
(770) 670-7343　　　　　　　　　　Attorney for Plaintiff
(770) 670-7344
attorneygoldberg@hotmail.com

1