# CLAYTON COUNTY SHERIFF'S OFFICE RULES AND REGULATIONS
## SECTION 5.00 Weapons

1. At no time will any Sheriff's Office firearm be left in the interior cabin area of any vehicle. This will include personally owned or used vehicles. Exception being Sheriff's Office SUV vehicles with secondary securing devices for securing firearms ie, lockable racks, vaults etc.
2. No Sheriff's Office firearm shall be stored/left in the trunk of any vehicle without a secondary securing device ie, trunk locking system, vault, lockable rack (exception would be transporting officers who need to secure their weapon in the vehicle when dropping off, or picking up inmates from any facility that has a secured intake area).

Nothing in this General Order changes or diminishes every officer's responsibility to ensure Sheriff's Office weapons of all types are to be safely and securely stored when kept at the

**05.03**

## USE OF FORCE

Personnel shall not use unnecessary force in the execution of their duties, whether handling prisoners, serving warrants, dealing with the public, or otherwise exercising the authority of their position. Personnel must be firm, resolute, and energetic in exercising the means necessary to properly perform his/her duties.

1. Excessive force is any force used in excess of the amount of force reasonably required to establish control over or to prevent or terminate an unlawful act of violence.
2. Reasonable force is the force needed, superior to that force used by a subject, which will enable the officer to establish control over or to prevent or terminate an unlawful act.

**05.04**

## USE OF FORCE CONTINUUM

The Clayton County Sheriff's Office recognizes and respects the value of human life. The use of force is inherent to the performance of duties expected of both sworn law enforcement and corrections. Therefore, it is the policy of the Clayton County Sheriff's Office that the use of force (both lethal and non-lethal) be guided by an interest to preserve and protect the lives of employee(s) and other person alike. In furtherance of that interest, a use of force continuum, as prescribed within this policy, shall be used to guide any forcible response to be made by any employee.

# CLAYTON COUNTY SHERIFF'S OFFICE RULES AND REGULATIONS
# SECTION 7.00 CONDUCT

disciplinary action.
1. In the event of a dispute regarding a financial debt or obligation, the employee is responsible for resolving such dispute in a professional and appropriate manner.

B. Any personnel who is the recipient of two (2) garnishment actions will be deemed as committing Conduct Unbecoming an Officer of this Sheriff's Office and will be subject to disciplinary action.

07.05

## ADHERENCE TO LAWS

A. Personnel shall not willfully violate any federal statute, state law, or local ordinance.
B. Personnel shall strictly obey and properly execute any lawful order issued by any supervisor of higher rank or classification.
C. When assigned to duty with other personnel of this Sheriff's Office, an employee shall be jointly responsible for compliance with rules and regulations and proper performance of duties.
D. Personnel who violate any rules, regulations, or policies of the Sheriff's Office or the county shall be subject to disciplinary action.

07.06

## PROHIBITION AGAINST CONDUCT UNBECOMING AN OFFICER / REPRESENTATIVE OF SHERIFF

A. Conduct unbecoming an officer is conduct which the agency deems as negative or unprofessional in nature. Personnel of the Sheriff's Office who are found to have committed any of the following offenses may be subjected to disciplinary actions. Conduct unbecoming an officer is as follows, but not limited to;
1. immoral conduct both on or off-duty, or
2. lying to a superior or to other employees, or
3. conduct injurious to the public peace and welfare, or
4. incompetence; either mental, physical, or educational, or
5. neglecting to report any personnel suspected of a violation of any rules, regulations, or orders issued for the guidance of the Sheriff's Office, or
6. communicating information which may aid a person to escape or delaying the apprehension of a criminal or causing the removal of stolen or embezzled goods, illegal goods, other property, or money, or
7. failing to break up, or report if unable to break up, any violation of any state law or

# CLAYTON COUNTY SHERIFF'S OFFICE RULES AND REGULATIONS
# SECTION 7.00 CONDUCT

county ordinance, or
8. having knowledge of, participating in, or encouraging any kind of wrongdoing, behavior, or actions that could prove to be an embarrassment to the Sheriff's Office, or
9. purchasing alcoholic beverages or legal lottery tickets while on duty or while in uniform.
10. Reluctance or refusal to perform assigned duties or tasks.
11. Any act (s) of cowardice or failing to respond to any officer in need of assistance.

07.07

## PROHIBITION AGAINST MISUSE/RETURN OF COUNTY PROPERTY

A. No personnel of the Sheriff's Office shall use any Sheriff's Office or County property whatsoever for personal gain.

B. When employees resign or otherwise terminate employment with the Sheriff's Office they shall return all county property in their possession to the Sheriff's Office's Quartermaster

07.08

## PERSONAL TELEPHONE REQUIRED

All personnel of the Sheriff's Office are required to have a telephone at their permanent disposal so that they can be reached when needed for duty or changes in schedule. In addition, it is the responsibility of all personnel to immediately report changes in their telephone number to their respective superior officer and to the Sheriff's secretary, using the authorized change form provided.

07.09    **PROHIBITION AGAINST PUBLIC CRITICISM**

Public criticism of Sheriff's Office operations or personnel can undermine the public confidence in law enforcement and adversely affect moral and good order. Accordingly, all employees are required to express either orally or in writing any work related criticism to their immediate supervisor. Concerns that have been brought forward will be forwarded through the "Chain of Command." Constructive criticism is encouraged and employees will not be disciplined for responsibly expressing their concerns to their supervisors

# CLAYTON COUNTY SHERIFF'S OFFICE RULES AND REGULATIONS
## SECTION 7.00 CONDUCT

**07.24**

### PROHIBITION AGAINST UNAUTHORIZED REPRESENTATION OF SHERIFF

A. Personnel must receive prior permission of the Sheriff, or Chief Deputy, or their respective Major before making any public appearance officially representing the Sheriff's Office or one that gives the impression they are representing the Sheriff's Office. Officers in uniform, whether on or off-duty, shall not make any speeches or presentation to any civic club, religious gathering, private or public organization, or any other organized gathering without the prior approval of the Sheriff, Chief Deputy, or their respective Major.

B. Only authorized personnel of this Sheriff's Office shall release or give out any information or official reports to the news media or any other persons, concerning any matter this Sheriff's Office is involved. Press releases and interviews will be conducted by a designated Public Information Officer named by the Sheriff or Chief Deputy.

**07.25**

### PROHIBITION AGAINST MOCK ARRESTS, IMPROPER DISPLAY OF SHERIFF'S OFFICE EQUIPMENT

Personnel of this Sheriff's Office will not participate in "mock lock-ups", practical jokes, improper use of equipment, or etc. whether played by personnel of this Office or of another. This will include, but not necessarily be limited to, fraternal initiations, "choir practices", shift parties, etc.

**07.00 (D) WHEN DEALING WITH PERSONS UNDER ARREST/IN CUSTODY**

**07.26**

### PRESERVE DIGNITY; PROHIBITION AGAINST ANTAGONISTIC BEHAVIOR

Personnel of this Sheriff's Office will act in a manner as to preserve the dignity of all persons under arrest or in the custody of the Sheriff's Office. No member of this Sheriff's Office shall intentionally harass, antagonize, demean, or etc. any person they should come in to contact with in the performance of their duties. Any officer using his/her office to oppress, persecute or annoy any person or persons may be subject to disciplinary action.